**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Helene VanGosen Hanright<br>179 Edwards Way<br>Newborn, GA  30056-2650 | **CHAPTER 13**<br><br>**Case Number:** 11-53964-AEC<br><br>**ATTORNEY:**  BURROW & ASSOCIATES LLC |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $200.00 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Crown Asset Management, LLC
C/O Stephen P. Riexinger, Reg Agent
2893 Meadowsweet Trail
Snellville, GA 30078-6611


**DATED:** March 12, 2015

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**